Reproduced from the holdings of the National Archives at Riverside

# United States District Court
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

v.

JOSE GUADALUPE VALENZUELA

No. CR77-1047(A)-RJK

**FILED**
JAN 20 1978
CLERK, U. S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Entered on Courtran*

On this 19th day of December, 1977 came the attorney for the government and the defendant appeared in person and by counsel, William Dougherty, retained.

IT IS ADJUDGED that the defendant upon his plea of not guilty and a verdict of guilty has been convicted of the offense of conspiracy to possess with the intent to distribute and to distribute a Narcotic Drug Controlled Substance; possession of a Narcotic Drug Controlled Substance with the intent to distribute; aiding and abetting; continuing criminal enterprise, in violation of Title 21, United States Code, Sections 846, 841(a)(1) & 848; and 18, United States Code, Section 2(a), as charged in the superseding indictment

and the court having asked the defendant whether he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED, as to counts 1, 2, 3 and 4, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of Fifteen Years.
IT IS ADJUDGED, as to counts 5, 6, 7 and 8, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of Fifteen Years.
IT IS ADJUDGED, as to count 9, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for the natural life of the defendant.
IT IS ORDERED that a special parole term of Ten Years be added to the sentence in addition to the term of imprisonment.
IT IS ORDERED that the sentences imposed on counts 1, 2, 3 and 4 run consecutively.
IT IS ORDERED that the sentences imposed on counts 5, 6, 7 and 8 run consecutively.
IT IS FURTHER ORDERED that the sentence imposed on count 9 commence and run concurrently with the sentences imposed on each of counts 1, 2, 3, 4, 5, 6, 7 and 8.
IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

FILED: DECEMBER 19, 1977.
EDWARD M. KRITZMAN, CLERK

_____
United States District Judge.

by Joseph Levario, Deputy Clerk.

¹Insert "by [name of counsel], counsel" or "without counsel; the court advised the defendant of his rights to counsel and asked him whether he desired to have counsel appointed by the court, and the defendant thereupon stated that he waived the right to the assistance of counsel." ²Insert (1) "guilty and the court being satisfied there is a factual basis for the plea," (2) "not guilty, and a verdict of guilty," (3) "not guilty, and a finding of guilty," or (4) "nolo contendere," as the case may be. ³Insert "in count(s) number _____" if required. ⁴Enter (1) sentence or sentences, specifying counts if any; (2) whether sentences are to run concurrently or consecutively and, if consecutively, when each term is to begin with reference to termination of preceding term or to any other outstanding unserved sentence; (3) whether defendant is to be further imprisoned until payment of the fine or fine and costs, or until he is otherwise discharged as provided by law. ⁵Enter any order with respect to suspension and probation. ⁶For use of Court to recommend a particular institution.

Reproduced from the holdings of the National Archives at Riverside

CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full and correct copy of the original on file in my office, and in my legal custody.

DATED: _____ 20 1977        EDWARD M. KRITZMAN, CLERK
                                  By _____
                                                Deputy Clerk

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _1-4-78_ to _FCI TERMINAL ISLAND_

Defendant noted notice of appeal on _____

Defendant released on _____

Defendant's appeal determined on _____

Defendant delivered on _1-10-78_ to _USP_ at _McNeil Island, WA._, the institution designated by the Attorney General, with a certified copy of the within Judgment and Commitment.

                    Louis G. Villaescusa
                    United States Marshal

DATED: _____        By _____

Cr 36 (12/76)

# United States District Court
### FOR THE
CENTRAL DISTRICT OF CALIFORNIA

United States of America

v.

JOSE GUADALUPE VALENZUELA

No. CR77-1047(A)-RJK

On this 19th day of December, 1977 came the attorney for the government and the defendant appeared in person and by counsel, William Dougherty, retained.

IT IS ADJUDGED that the defendant upon his plea of not guilty and a verdict of guilty

has been convicted of the offense of conspiracy to possess with the intent to distribute and to distribute a Narcotic Drug Controlled Substance; possession of a Narcotic Drug Controlled Substance with the intent to distribute; aiding and abetting; continuing criminal enterprise, in violation of Title 21, United States Code, Sections 846, 841(a)(1) & 848; and 18, United States Code, Section 2(a), as charged in the superseding indictment

and the court having asked the defendant whether he has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED, as to counts 1, 2, 3 and 4, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of Fifteen Years.

IT IS ADJUDGED, as to counts 5, 6, 7 and 8, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of Fifteen Years.

IT IS ADJUDGED, as to count 9, that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for the natural life of the defendant.

IT IS ORDERED that a special parole term of Ten Years be added to the sentence in addition to the term of imprisonment.

IT IS ORDERED that the sentences imposed on counts 1, 2, 3 and 4 run consecutively.

IT IS ORDERED that the sentences imposed on counts 5, 6, 7 and 8 run consecutively.

IT IS FURTHER ORDERED that the sentence imposed on count 9 commence and run concurrently with the sentences imposed on each of counts 1, 2, 3, 4, 5, 6, 7 and 8.

IT IS ORDERED that the Clerk deliver a certified copy of this judgment and commitment to the United States Marshal or other qualified officer and that the copy serve as the commitment of the defendant.

FILED: DECEMBER 19, 1977.
EDWARD M. KRITZMAN, CLERK

_United States District Judge._

by Joseph Levario, Deputy Clerk.

[1] Insert "by [name of counsel], counsel" or without counsel," the court advised the defendant of his rights to counsel and asked him whether he desired to have counsel appointed by the court, and the defendant thereupon stated that he waived the right to the assistance of counsel." [2] Insert (1) "guilty and the court being satisfied there is a factual basis for the plea," (2) "not guilty, and a verdict of guilty," (3) "not guilty, and a finding of guilty," or (4) "nolo contendere," as the case may be. [3] Insert "in count(s) number " if required
[4] Enter (1) sentence or sentences, specifying counts if any; (2) whether sentences are to run concurrently or consecutively and, if consecutively, when each term is to begin with reference to termination of preceding term or to any other outstanding unserved sentence; (3) whether defendant is to be further imprisoned until payment of the fine or fine and costs, or until he is otherwise discharged as provided by law. [5] Enter any order with respect to suspension and probation. [6] For use of Court to recommend a particular institution.